# EXHIBIT INDEX

| | |
|---|---|
| Exhibit A | Copies of two recent *Select* editions |
| Exhibit B | Copy of *Select* Notice to change preferences |
| Exhibit C | February 4, 2016 demand letter from Daniel J. Kelly, attorney for Orion Township |
| Exhibit D | February 18, 2016 Free Press Letter in response to Orion Township Demand |
| Exhibit E | Notice given to individual defendants |
| Exhibit F | Civil Infraction Citation No. 1279 issued by Charter Township of Orion |
| Exhibit G | Civil Infraction Citation No. 1281 issued by Charter Township of Orion |
| Exhibit H | Notice of Formal Hearing on the two Civil Infraction Citations |