UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT FREE PRESS, INC.,
a Michigan corporation,

    Plaintiff,

vs.              Case No.  2:16-cv-11698-GCS-RSW
               Hon. George Caram Steeh

CHARTER TOWNSHIP OF ORION, a
Michigan Municipal Corporation; and CHRIS
BARNETT, Township Supervisor, sued in his
individual and official capacities;
PENNY S. SHULTS, Township Clerk, sued
in her individual and official capacities;
MARK THURBER, Township Treasurer, sued in his
individual and official capacities; MIKE FLOOD, Trustee,
sued in his individual and official capacities;
NEAL PORTER, Trustee, sued in his individual
and official capacities; DONNI STEELE, Trustee,
sued in her individual and official capacities;
and JOHN M. STEMEL, Trustee, sued in his
individual and official capacities,

    Defendants.
_____/

| | |
|---|---|
| DETROIT FREE PRESS, INC. | Daniel J. Kelly (P41315) |
| By:  Herschel P. Fink (P13427) | Giarmarco, Mullins & Horton, P.C. |
| Legal Counsel | Attorneys for Defendants |
| 160 W. Fort Street | Tenth Floor Columbia Center |
| Detroit, Michigan 48226 | 101 West Big Beaver Road |
| (313) 749-9979 | Troy, Michigan  48084 |
| hfink@freepress.com | 248-457-7000 |
| | dkelly@gmhlaw.com |

_____/

**STIPULATED ORDER OF  DISMISSAL PURSUANT TO FRCP 41 (a)(1)(A)(ii)**

The parties, by their counsel of record, hereby stipulate pursuant to FRCP 41 (a)(1)(A)(ii) to the dismissal of this action without costs to any party.

| | |
|---|---|
| DETROIT FREE PRESS, INC.<br>Plaintiff | Daniel J. Kelly (P41315)<br>Giarmarco, Mullins & Horton, P.C.<br>Attorneys for Defendants |
| s/Herschel P. Fink (P13427)<br>160 W. Fort Street<br>Detroit, MI 48226<br><br>(313) 749-9979<br>hfink@freepress.com | s/Daniel J. Kelly<br>Tenth Floor Columbia Center<br>101 Big Beaver Road<br>Troy, MI 48084<br>(248) 457-7000<br>dkelly@gmhlaw.com |

IT IS SO ORDERED:

Dated: May 8, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE